# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | ROCK HARD DESIGNS, INC. |
| **Case Number:** | 2:10-bk-00805-SSC   **Chapter:** 11 |
| **Date / Time / Room:** | THURSDAY, JANUARY 21, 2010 11:00 AM   7TH FLOOR #701 |
| **Bankruptcy Judge:** | SARAH SHARER CURLEY |
| **Courtroom Clerk:** | WANDA GARBERICK |
| **Reporter / ECR:** | ANDAMO PURVIS |

## Matter:

EXPEDITED HEARING RE Emergency Motion to Approve Use of Cash Collateral filed by LYNDON B. STEIMEL of LAW OFFICE OF LYNDON B STEIMEL on behalf of ROCK HARD DESIGNS, INC

**R / M #:**   5 / 0

## Appearances:

LYNDON STEIMEL, ATTORNEY FOR DEBTOR
CHRISTOPHER KAUP, ATTORNEY FOR NATIONAL BANK OF ARIZONA

## Proceedings:

Mr. Steimel states that he is asking to fund payroll for January 15th and for the 22nd. Mr. Kaup states that he will agree to payroll on the 22nd provided that he is provided with a budget, accounts receivable ledger, a replacement lien, and no payment to insiders.

COURT: MR. STEIMEL HAS NOT MADE A SHOWING FOR PAYMENT OF THE JANUARY 15TH PAYROLL AND THE COURT CANNOT APPROVE AT THIS TIME. IT IS ORDERED THAT MR. STEIMEL SHALL PROVIDE MR. KAUP WITH ALL THE INFORMATION HE HAS REQUESTED AS SOON AS POSSIBLE, BUT NO LATER THAN JANUARY 26, 2010. MR. STEIMEL IS DIRECTED TO FILE HIS EMPLOYMENT APPLICATION WITH THE COURT, AND INFORMATION ON THE RETAINER THAT WILL BE TRANSFERRED. IT IS ORDERED CONTINUING THIS HEARING TO JANUARY 28, 2010 AT 2:30 P.M.