## United States Bankruptcy Court
## District of Arizona

**IN RE:**                                          Case No. **2:10-bk-00805 SSC**

**Rock Hard Designs, Inc.**                          Chapter **11**

Debtor(s)

### AMENDED LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| **SMS Financial**<br>2645 N. 7th Avenue<br>Phoenix, AZ 85007 | | | | **445,286.02** |
| **Sovereign Bank**<br>P.O. Box 12707<br>Reading, PA 19612 | | **Bank loan** | | **378,000.00**<br>Collateral:<br>275,000.00<br>Unsecured:<br>103,000.00 |
| **National Bank Of Arizona**<br>P.O. Box 25787<br>Salt Lake City, UT 84125 | | **Bank loan** | | **1,004,689.88**<br>Collateral:<br>2,200,000.00<br>Unsecured:<br>89,569.02 |
| **Maricopa County Treasurer**<br>301 W. Jefferson Room 100<br>Phoenix, AZ 85003-2199 | | **Trade debt** | | **56,577.65** |
| **National Bank Of Arizona - Visa**<br>P.O. Box 25787<br>Salt Lake City, UT 84125 | | **Bank loan** | | **23,136.48** |
| **Maricopa County Treasurer**<br>301 W. Jefferson Room 100<br>Phoenix, AZ 85003-2199 | | **Trade debt** | | **23,048.34** |
| **National Bank Of Arizona - Visa**<br>P.O. Box 25787<br>Salt Lake City, UT 84125 | | **Bank loan** | | **19,969.42** |
| **Arizona Tile**<br>8829 S. Priest Drive<br>Tempe, AZ 85234 | | **Trade debt** | | **7,901.38** |
| **Preferred Packaging & Container**<br>3330 W. Cocopah, Suite 1<br>Phoenix, AZ 85009 | | **Trade debt** | | **3,493.25** |
| **WGI Heavy Minerals**<br>810 E. Sherman Avenue<br>Coeur D'Alene, ID 83814 | | **Trade debt** | | **3,262.80** |
| **Saint Gobain**<br>1795 Baseline Road<br>Grand Island, NY 14072 | | **Trade debt** | | **2,990.88** |
| **Flow International**<br>23500 64th Avenue South<br>Kent, WA 98032 | | **Trade debt** | | **2,478.74** |
| **MS International**<br>4910 W. Roosevelt<br>Phoenix, AZ 85043 | | **Trade debt** | | **1,962.47** |

| | | |
|---|---|---|
| **Salt River Project**<br>P.O. Box 2950<br>Phoenix, AZ  85062 | **Trade debt** | **1,911.43** |
| **Central Fire Protection**<br>1825 W. Parkside Lane<br>Phoenix, AZ  85027 | **Trade debt** | **1,017.49** |
| **Qwest**<br>6000 Parkwood Place<br>Dublin, OH  43016 | **Trade debt** | **714.16** |
| **Grainger**<br>960 N. 51st Avenue<br>Phoenix, AZ  85043 | **Trade debt** | **585.02** |
| **DeFusco Industrial Supply**<br>1953 E. Apache Blvd.<br>Tempe, AZ  85281 | **Trade debt** | **428.08** |
| **United Parcel Service**<br>P.O. Box 894820<br>Los Angeles, CA  90189 | **Trade debt** | **351.81** |
| **Wist Office Products**<br>P.O. Box 24118<br>Tempe, AZ  85285 | **Trade debt** | **337.47** |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **January 29, 2010**     Signature: ***/s/ Jospeh P. Schott***

**Jospeh P. Schott, President**
(Print Name and Title)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only