Lyndon B. Steimel – 011733
**Law Office of Lyndon B. Steimel**
14614 N. Kierland Blvd., Suite N-135
Scottsdale, AZ 85254
(480) 367-1188
(480) 367-1174 fax
lyndon@steimellaw.com

Attorney for Debtor

# UNITED STATES BANKRUTPCY COURT

## DISTRICT OF ARIZONA

| In Re: | Case No.: 2:10-00805 SSC |
|---|---|
| ROCK HARD DESIGNS, INC. | Chapter 11 |
| Debtor. | **ORDER APPROVING USE OF CASH COLLATERAL FOR PRE-PETITION PAYROLL** |

This matter came before the Court on an expedited hearing on Debtor's Motion to Use Cash Collateral to Pay Pre-Petition Payroll remaining due from January 15, 2010, with the Secured Creditor, National Bank of Arizona having filed a position statement that it did not object to the same as long as adequate protection payments remained current and the Court conditioning approval upon the Debtor filing its first Monthly Operating Report and providing a Budget as proof of the Debtor's ability to make the payroll payment, both conditions having been met with the Budget attached hereto as Exhibit "1", and upon good cause appearing,

IT IS HEREBY ORDERED,

Approving the Debtor's Motion to Use Cash Collateral to Pay Pre-Petition Payroll and allowing the Debtor to pay the same in the amount set forth in the Motion.

DATED this ___ day of February 2010.

_____
SARAH SHARER CURLEY
UNITED STATES BANKRUPTCY JUDGE

1 | Electronically filed with the Clerk this
  | 19th day of February 2010 with copies mailed to:
2 |
3 | Christopher Kaup
  | Attorney for National Bank of Arizona
4 | Tiffany & Bosco, PA
  | 2525 E. Camelback Road, 3rd Floor
5 | Phoenix, AZ 85016

6 | United States Trustee
  | 230 N. First Avenue, Suite 204
7 | Phoenix, AZ 85003

8 | /s/ D. Michelle Delpier
  | 91601.D26

## Rockhard Designs, Inc.
## Weekly Cash Flow Projection

| Cash: | Current Week | 1/31/10 | 2/7/10 | 2/14/10 |
|---|---|---|---|---|
| Beginning Cash | 94,535 | 71,155 | 73,576 | 78,873 |
| Cash Receipts | 0 | 19,289 | 21,504 | 15,845 |
| Adjustments | 0 | 0 | 0 | 0 |
| Total Cash | 94,535 | 90,444 | 95,080 | 94,718 |
| | | | | |
| **Business Expenses:** | | | | |
| Worker's Compensation | 2,872 | 0 | 0 | 0 |
| Insurance | 4,003 | 0 | 0 | 0 |
| Payroll | 15,000 | 0 | 0 | 0 |
| Payroll | 0 | 15,000 | 0 | 0 |
| Payroll | 0 | 0 | 15,000 | 0 |
| Arizona Sales Tax | 168 | 0 | 0 | 0 |
| Phoenix Sales Tax | 54 | 0 | 0 | 0 |
| National Bank | 0 | 0 | 929 | 0 |
| Adjustments | 0 | 0 | 0 | 0 |
| Total Business Expenses | 22,097 | 15,000 | 15,929 | 0 |
| | | | | |
| Cash Available for Disbursement | 72,438 | 75,444 | 79,151 | 94,718 |
| | | | | |
| **Accounts Payable:** | | | | |
| WGI Heavy Minerals | 0 | 0 | 0 | 816 |
| Cactus Mat, Inc | 0 | 0 | 0 | 55 |
| Grainger | 0 | 0 | 0 | 297 |
| Allied Waste Services | 0 | 284 | 0 | 0 |
| City Of Phoenix-0-0816-0038-01 | 0 | 7 | 0 | 0 |
| Cactus Stone & Tile | 0 | 0 | 0 | 1,737 |
| Wist Office Products | 0 | 0 | 0 | 201 |
| Estes Trucking | 200 | 0 | 0 | 0 |
| Qwest Communications | 714 | 363 | 0 | 0 |
| Pitney Bowes, Inc. | 173 | 0 | 0 | 0 |
| A D P, Inc. | 196 | 0 | 0 | 0 |
| Union Distributing | 0 | 197 | 0 | 0 |
| Cintas Fire Protection | 0 | 1,017 | 0 | 0 |
| City Of Phoenix-0-0816-0035-01 | 0 | 0 | 39 | 0 |
| City Of Phoenix-0-0816-0036-01 | 0 | 0 | 100 | 0 |
| City Of Phoenix-0-0816-0039-01 | 0 | 0 | 134 | 0 |
| City Of Phoenix-0-0816-0034-01 | 0 | 0 | 5 | 0 |
| Barton Mines Company | 0 | 0 | 0 | 0 |
| Adjustments | 0 | 0 | 0 | 0 |
| Total Accounts Payable | 1,283 | 1,868 | 278 | 3,106 |
| | | | | |
| Ending Cash Balance | 71,155 | 73,576 | 78,873 | 91,612 |

Rockhard Designs, Inc.
Weekly Cash Flow Projection

| | Current Week | 1/31/10 | 2/7/10 | 2/14/10 |
|---|---:|---:|---:|---:|
| Cash: | | | | |
| Beginning Cash | 94,535 | 62,155 | 64,576 | 58,873 |
| Cash Receipts | 0 | 19,289 | 21,504 | 15,845 |
| Adjustments | 0 | 0 | 0 | 0 |
| Total Cash | 94,535 | 81,444 | 85,080 | 74,718 |
| | | | | |
| Business Expenses: | | | | |
| Worker's Compensation | 2,872 | 0 | 0 | 0 |
| Insurance | 4,003 | 0 | 0 | 0 |
| Payroll | 15,000 | 0 | 0 | 0 |
| Payroll | 0 | 15,000 | 0 | 0 |
| Payroll | 0 | 0 | 15,000 | 0 |
| Arizona Sales Tax | 168 | 0 | 0 | 0 |
| Phoenix Sales Tax | 54 | 0 | 0 | 0 |
| National Bank | 0 | 0 | 929 | 0 |
| National Bank | 9,000 | 0 | 0 | 0 |
| National Bank | 0 | 0 | 11,000 | 0 |
| Adjustments | 0 | 0 | 0 | 0 |
| Total Business Expenses | 31,097 | 15,000 | 26,929 | 0 |
| | | | | |
| Cash Available for Disbursement | 63,438 | 66,444 | 59,151 | 74,718 |
| | | | | |
| Accounts Payable: | | | | |
| WGI Heavy Minerals | 0 | 0 | 0 | 816 |
| Cactus Mat, Inc | 0 | 0 | 0 | 56 |
| Grainger | 0 | 0 | 0 | 297 |
| Allied Waste Services | 0 | 284 | 0 | 0 |
| City Of Phoenix-0-0816-0038-01 | 0 | 7 | 0 | 0 |
| Cactus Stone & Tile | 0 | 0 | 0 | 1,737 |
| Wist Office Products | 0 | 0 | 0 | 201 |
| Estes Trucking | 200 | 0 | 0 | 0 |
| Qwest Communications | 714 | 363 | 0 | 0 |
| Pitney Bowes, Inc. | 173 | 0 | 0 | 0 |
| A D P, Inc. | 196 | 0 | 0 | 0 |
| Union Distributing | 0 | 197 | 0 | 0 |
| Cintas Fire Protection | 0 | 1,017 | 0 | 0 |
| City Of Phoenix-0-0816-0035-01 | 0 | 0 | 39 | 0 |
| City Of Phoenix-0-0816-0036-01 | 0 | 0 | 100 | 0 |
| City Of Phoenix-0-0816-0039-01 | 0 | 0 | 134 | 0 |
| City Of Phoenix-0-0816-0034-01 | 0 | 0 | 5 | 0 |
| Barton Mines Company | 0 | 0 | 0 | 0 |
| Adjustments | 0 | 0 | 0 | 0 |
| Total Accounts Payable | 1,283 | 1,868 | 278 | 3,106 |
| | | | | |
| Ending Cash Balance | 62,155 | 64,576 | 58,873 | 71,612 |