Lyndon B. Steimel – 011733
**Law Office of Lyndon B. Steimel**
14614 N. Kierland Blvd., Suite N-135
Scottsdale, AZ 85254
(480) 367-1188
(480) 367-1174 fax
lyndon@steimellaw.com

Attorney for Debtor

# UNITED STATES BANKRUTPCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>ROCK HARD DESIGNS, INC.<br><br>　　　　Debtor. | Case No.: 2:10-00805 SSC<br><br>Chapter 11<br><br>**RESPONSE TO NOTICE OF DEFAULT AND SUPPLEMENTAL NOTICE OF DEFAULT UNDER SECOND STIPULATED AGREEMENT** |

　　　　The Debtor hereby responds to the Notice of Default and Supplemental Notice of Default under Second Stipulated Agreement by stating that the Debtors did not knowingly violate the Stipulation. Furthermore, Debtors are working on an application to approve THM who is the equivalent of an outside employee.

　　　　RESPECTFULLY submitted this 13th day of July, 2010.

　　　　　　　　　　　　　　　　　　　　LAW OFFICE OF LYNDON B. STEIMEL

　　　　　　　　　　　　　　　　　　　　/s/ Lyndon B. Steimel, 011733
　　　　　　　　　　　　　　　　　　　　Lyndon B. Steimel
　　　　　　　　　　　　　　　　　　　　Attorney for Debtor

Original electronically filed with the Clerk this
13th day of July and copies mailed to:

Christopher Kaup
Attorney for National Bank of Arizona
Tiffany & Bosco, PA
2525 E. Camelback Road, 3rd Floor
Phoenix, AZ 85016

United States Trustee
230 N. First Avenue, Suite 204
Phoenix, AZ 85003

/s/ D. Michelle Delpier
91601.D40