Christopher R. Kaup, State Bar No. 014820
J. Daryl Dorsey  State Bar No. 024237
**TB TIFFANY & BOSCO**
P.A.
Third Floor, Camelback Esplanade II
2525 East Camelback Road
Phoenix, Arizona 85016-4237
Telephone: (602) 255-6000
Facsimile: (602) 255-0103
E-Mail: crk@tblaw.com; jdd@tblaw.com
*Attorneys for National Bank of Arizona*

**IN THE UNITED STATES BANKRUPTCY COURT**

**IN AND FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| **In re:**<br><br>**ROCK HARD DESIGNS, INC.,**<br><br>Debtor. | Chapter 11<br><br>Case No. 2:10-bk-00805-SSC<br><br>**SECOND SUPPLEMENTAL NOTICE OF DEFAULT UNDER STIPULATED AGREEMENT DATED JUNE 11, 2010** |

**NATIONAL BANK OF ARIZONA ("NATIONAL BANK"), HEREBY, PROVIDES ITS SECOND SUPPLEMENTAL NOTICE** that Rock Hard Designs, Inc. (the "Debtor"), has defaulted under the terms provided in the *Second Stipulated Order Providing for Use of Cash Collateral and Adequate Protection of Secured Creditor's Lien and Stipulation Lifting Automatic Stay* (hereinafter referred to as the "Second Stipulated Order").

In addition to the defaults by the Debtor that were the subject of National Bank's Notice of Default filed on June 22, 2010, and Supplemental Notice Default filed June 24, 2010, (the "Prior Defaults") the Debtor has defaulted under the Second Stipulated Order by: (1) using National Bank's Cash Collateral in connection with its operations after the

date of the expiration of the Second Stipulated Order without the permission of National Bank and without prior court order; (2) using a portion of National Bank's Cash Collateral to pay $3,500.00 to the Law Offices of Lyndon B. Steimel on July 21, 2010 (check no. 2188) without the permission of National Bank and without prior court order; (3) using a portion of National Bank's Cash Collateral to pay amounts to an insider in excess of the salary authorized by the Second Stipulated Order without the permission of National Bank and without prior court order (4) failure to pay Excess Cash to National Bank; (5) failing to file a Chapter 11 Plan of Reorganization prior to the date agreed upon with National Bank as the extended due date for the filing of a Plan past the date as set forth in the Second Stipulated Order; and (6) failing to cure the Prior Defaults.

**NOTICE IS HEREBY FURTHER GIVEN** that National Bank shall exercise any and all of its state law and contractual rights and remedies with respect to the Property and the Real Property, including completing the continued trustee's sale on September 10, 2010, and obtaining the appointment of a receiver in the Superior Court of Arizona, pursuant to the terms of the agreements between National Bank and the Debtor and applicable Arizona law, if Debtor fails to cure all of the Defaults set forth above within five days.

**NOTICE IS HEREBY FURTHER GIVEN** that the tender by the Debtor of any partial payments of adequate protection, partial cure payments or other amounts that do not actually cure all of the defaults referenced herein shall not, in fact, constitute a cure of those defaults and the acceptance by National Bank of any such partial payments shall not constitute a waiver by National Bank of the Prior Defaults or any other default identified above or any of its rights and remedies under the Second Stipulated Order.

DATED this 18th day of August, 2010.

**TIFFANY & BOSCO, P.A.**

By:/s/ J. Daryl Dorsey, #024237
Christopher R. Kaup, Esq.
J. Daryl Dorsey, Esq.
Third Floor Camelback Esplanade II
2525 East Camelback Road
Phoenix, Arizona 85016-4237
*Attorneys for National Bank of Arizona*

**FOREGOING** electronically filed with the Clerk of United States Bankruptcy Court this 18th day of August, 2010, and a **COPY** sent via facsimile transmission and via Certified Mail, Return Receipt Requested this same date to:

Rock Hard Designs, Inc.
5326 West Mohave Street
Phoenix, AZ 85043
*Debtor*

Lyndon B. Steimel, Esq.
LAW OFFICE OF LYNDON B. STEIMEL
14614 North Kierland Boulevard, Suite B-135
Scottsdale, AZ 85254
*Attorneys for Debtor*

**COPY** sent via U.S. First-Class Mail this same date to:

Barbara Lee Caldwell, Esq.
AIKEN, SCHENK, HAWKINS & RICCIARDI, P.C.
4742 North 24th Street, Suite 100
Phoenix, AZ 85016-4859
*Attorneys for Maricopa County*

1 | U.S. Trustee
2 | OFFICE OF THE U.S. TRUSTEE
  | 230 North First Avenue, Suite 204
3 | Phoenix, AZ  85003
  | *U.S. Trustee*
4 |
5 | /s/ Lauri Andrisani