Christopher R. Kaup, State Bar No. 014820
J. Daryl Dorsey, State Bar No. 024237

**TB TIFFANY & BOSCO**
P.A.

Third Floor, Camelback Esplanade II
2525 East Camelback Road
Phoenix, Arizona 85016-4237
Telephone: (602) 255-6000
Facsimile: (602) 255-0103
E-Mail: crk@tblaw.com; jdd@tblaw.com
*Attorneys for National Bank of Arizona*

**IN THE UNITED STATES BANKRUPTCY COURT**

**IN AND FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>ROCK HARD DESIGNS, INC.,<br><br>Debtor. | Chapter 11 Proceedings<br><br>Case No. 2:10-bk-00805-SSC<br><br>**NOTICE OF ERRATA REGARDING SECOND SUPPLEMENTAL NOTICE OF DEFAULT UNDER STIPULATED AGREEMENT DATED JUNE 11, 2010** |

National Bank of Arizona ("National Bank") hereby submits this Notice of Errata regarding the Second Supplemental Notice of Default under the Second Stipulated Agreement dated June 11, 2010 (the "Second Supplemental Notice"), entered on August 18, 2010 (ECF No. 82).

National Bank corrects its Second Supplemental Notice and does not assert that the Debtor violated the *Second Stipulated Agreement for Use of Cash Collateral and Adequate Protection of Secured Creditor's Lien and Stipulation Lifting Automatic Stay dated June 11, 2010* by using a portion of National Bank's Cash Collateral to pay $3,500.00 to the Law Offices of Lyndon B. Steimel on July 21, 2010 (check no. 2188).

DATED this 20th day of August, 2010.

**TIFFANY & BOSCO, P.A.**

By:/s/ J. Daryl Dorsey, #024237
    Christopher R. Kaup, Esq.
    J. Daryl Dorsey, Esq.
    Third Floor Camelback Esplanade II
    2525 East Camelback Road
    Phoenix, Arizona 85016-4237
    *Attorneys for National Bank of Arizona*

**FOREGOING** electronically filed with the Clerk of United States Bankruptcy Court this 20th day of August, 2010, and a copy mailed to:

Rock Hard Designs, Inc.
5326 West Mohave Street
Phoenix, AZ 85043
*Debtor*

Lyndon B. Steimel, Esq.
LAW OFFICE OF LYNDON B. STEIMEL
14614 North Kierland Boulevard, Suite B-135
Scottsdale, AZ 85254
*Attorneys for Debtor*

Barbara Lee Caldwell, Esq.
AIKEN, SCHENK, HAWKINS & RICCIARDI, P.C.
4742 North 24th Street, Suite 100
Phoenix, AZ 85016-4859
*Attorneys for Maricopa County*

U.S. Trustee
Renee Sandler Shamblin, Esq.
OFFICE OF THE U.S. TRUSTEE
230 North First Avenue, Suite 204
Phoenix, AZ 85003
*U.S. Trustee*

/s/ Erica Meany

4379372/8139-026

- 2 -

DATED this 20th day of August, 2010.

**TIFFANY & BOSCO, P.A.**

By:/s/ J. Daryl Dorsey, #024237
    Christopher R. Kaup, Esq.
    J. Daryl Dorsey, Esq.
    Third Floor Camelback Esplanade II
    2525 East Camelback Road
    Phoenix, Arizona 85016-4237
    *Attorneys for National Bank of Arizona*

**FOREGOING** electronically filed with the Clerk of United States Bankruptcy Court this 20th day of August, 2010, and a copy mailed to:

Rock Hard Designs, Inc.
5326 West Mohave Street
Phoenix, AZ 85043
*Debtor*

Lyndon B. Steimel, Esq.
LAW OFFICE OF LYNDON B. STEIMEL
14614 North Kierland Boulevard, Suite B-135
Scottsdale, AZ 85254
*Attorneys for Debtor*

Barbara Lee Caldwell, Esq.
AIKEN, SCHENK, HAWKINS & RICCIARDI, P.C.
4742 North 24th Street, Suite 100
Phoenix, AZ 85016-4859
*Attorneys for Maricopa County*

U.S. Trustee
Renee Sandler Shamblin, Esq.
OFFICE OF THE U.S. TRUSTEE
230 North First Avenue, Suite 204
Phoenix, AZ 85003
*U.S. Trustee*

/s/ Erica Meany