CALDWELL PADISH & WELLS
7333 E. Doubletree Ranch Road, Suite 255
Scottsdale, Arizona 85258
Telephone: (480) 264-7470
Facsimile: (480) 307-6763
Barbara Lee Caldwell – 003246
Email: bcaldwell@cpwlawyers.com

Attorneys for Maricopa County

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>ROCK HARD DESIGNS, INC.,<br><br>Debtor. | Chapter 11 Proceedings<br><br>Bankruptcy No. 2:10-bk-00805-SSC<br><br>**NOTICE OF PERFECTED LIENS AND LIMITED OBJECTION TO THIRD STIPULATED ORDER PROVIDING FOR USE OF CASH COLLATERAL AND ADEQUATE PROTECTION OF SECURED CREDITOR'S LIEN AND LIFTING AUTOMATIC STAY AND STIPULATED ORDER RESOLVING DISPUTED ADMINISTRATIVE MATTERS**<br>[Docket No. 87] |

Maricopa County, by and through its undersigned counsel, hereby provides notice that it claims perfected statutory liens in accordance with A.R.S. § 42-17153 and submits its Limited Objection to Third Stipulated Order Providing For Use Of Cash Collateral And Adequate Protection Of Secured Creditor's Lien And Lifting Automatic Stay And Stipulated Order Resolving Disputed Administrative Matters (the "Third Stipulated Order") filed by National Bank of Arizona, N.A. ("NBA") at Docket No. 87.

///

## FACTS

Maricopa County filed an Amended Proof of Claim on October 5, 2010 in the amount of $86,545.05 representing the 2008 and 2010 real property taxes on parcel 104-25-009, plus the accrual of interest at the statutory rate of 16% per annum, if not timely paid. *See* 11 U.S.C. § 511 and A.R.S. § 42-18053. The Original Proof of Claim was filed on February 9, 2010 in the amount of $59,453.18.

Maricopa County filed an Amended Proof of Claim on October 5, 2010 in the amount of $29,923.68 representing 2008, 2009 and 2010 personal property taxes on parcel 947-22-597, plus the accrual of interest at the statutory rate of 16% per annum, if not timely paid. *See* 11 U.S.C. § 511 and A.R.S. § 42-18053. The Original Proof of Claim was filed on February 9, 2010 in the amount of $23,523.87.

The real property located at 5326 W. Mohave Street, Phoenix, Arizona located in Maricopa County is encumbered with a fully perfected tax lien in the amount of $86,545.05 with interest continuing to accrue from the Petition Date at the statutory rate of 16% per annum until paid in full. *See* 11 U.S.C. § 511 and A.R.S. § 42-18053. The liens represent the 2008 and 2010 tax liabilities on real estate parcel 104-25-009.

The personal property located at 5326 W. Mohave Street, Phoenix, Arizona located in Maricopa County is encumbered with fully perfected tax liens in the amount of $29,923.68 with interest continuing to accrue at the statutory rate of 16% per annum until paid in full. *See* 11 U.S.C. § 511 and A.R.S. § 42-18053. The liens represent the 2008, 2009 and 2010 tax liabilities on personal property parcel 947-22-597.

## OBJECTION

Maricopa County objects to the Third Stipulated Order as it incorrectly states that NBA's liens have priority over all other liens. Regarding real and personal property taxes, Arizona law grants Maricopa County valid liens that are "prior and superior to all

1 | other liens and encumbrances on the property." See A.R.S. § 42-17153. Arizona law
2 | further provides that "It is unlawful for the owner,…to knowingly sell or transfer personal
3 | property or remove it from its location until the taxes on the property are paid." See
4 | A.R.S. § 42-19107(A). In the event that NBA forecloses on the real or personal property
5 | and/or the real or personal property is sold, the county's secured tax liens have
6 | superiority over the liens of NBA. Further, in the event of a sale of the property, the
7 | county is entitled to have its tax liens on the property paid the sale proceeds.

The Third Stipulated Order indicates that NBA will not take any action to foreclose on its collateral unless the Debtor defaults on any obligation under the terms of the Third Stipulated Order which includes not paying any taxes when due. *See* P. 11, Section III, Third Stipulated Order. The Third Stipulated Order also provides that failure to pay *real* property taxes is an event of default. *See* P.13, Section V, E(1) of Third Stipulated Order. Debtor paid the 2009 real property taxes previously owed. However, the 2008 real property taxes remain unpaid and delinquent, and the 2010 real property taxes are due and payable with the first half of 2010 to become delinquent if not paid by November 1, 2010. Further, no payments have been made on the delinquent personal property taxes for tax years 2008 and 2009, and the 2010 personal property taxes are now due and payable with the first half to become delinquent if not paid by November 1, 2010.

**CONCLUSION**

Maricopa County objects to the Third Stipulated Order as it incorrectly states that

///
///
///
///

NBA's liens have priority over all other liens and Maricopa County contends that the real and personal property tax liens are prior and superior to the liens of NBA.

      RESPECTFULLY SUBMITTED this 5th day of October, 2010.

                                  CALDWELL PADISH & WELLS

                                  BY:   /s/ Barbara Lee Caldwell
                                             Barbara Lee Caldwell
                                             Counsel for Maricopa County

Original of the foregoing E-filed
this 5th day of October, 2010 with:

Clerk, U.S. Bankruptcy Court
District of Arizona
230 N. First Ave., Ste. 101
Phoenix, AZ 85003-1706
*https://ecf.azb.uscourts.gov*

COPY of the foregoing mailed, or served
via electronic notification* or fax** or if so marked,
this 5th day of October, 2010, to:

U.S. Trustee's Office
230 N. First Ave., Ste. 204
Phoenix, AZ 85003-1706
Email: USTPRegion14.PX.ECF@USDOJ.GOV

Geoffrey M. Khotim
RIDENOUR, HIENTON & LEWIS, P.L.L.C.
Chase Tower
201 N. Central Ave., Suite 3300
Phoenix, AZ 85004
Email: gmkhotim@rhkl-law.com
Attorneys for Debtor

Lyndon B. Steimel
LAW OFFICE OF LYNDON B STEIMEL
14614 N Kierland Blvd., #N-135
Scottsdale, AZ 85254
Email: lyndon@steimellaw.com
Attorney for Debtor

Joseph D. Dorsey
TIFFANY & BOSCO, PA
2525 E. Camelback Rd., Ste. 300
Phoenix, AZ 85016
Email: jdd@tblaw.com
Attorneys for National Bank of Arizona

Christopher R. Kaup
TIFFANY & BOSCO, P.A.
2525 E Camelback Rd., Ste. 300
Phoenix, AZ 85016-4237
Email: crk@tblaw.com
Attorneys for National Bank of Arizona

/s/ Lisa Rustenburg