**IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.**

**Dated: November 05, 2010**



_____
**SARAH S. CURLEY**
**U.S. Bankruptcy Judge**
_____

1 Lyndon B. Steimel – 011733
**Law Office of Lyndon B. Steimel**
14614 N. Kierland Blvd., Suite N-135
Scottsdale, AZ 85254
(480) 367-1188
(480) 367-1174 fax
lyndon@steimellaw.com

Counsel for Debtor

# UNITED STATES BANKRUPTCY COURT
# IN AND FOR THE DISTRICT OF ARIZONA

| In re: | Case No.: 2:10-bk-00805 SSC |
|---|---|
| ROCK HARD DESIGNS, INC. | Chapter 11 |
| Debtor. | **ORDER APPROVING SECOND INTERIM APPLICATION FOR COMPENSATION OF FEES AND REIMBURSEMENT OF COSTS** |

UPON Debtor's Second Interim Application for Attorney's Fees and Costs filed on October 8, 2010 and having properly noticed the same to all parties-in-interest and for good cause appearing,

IT IS HEREBY ORDERED granting the Debtor's Second Interim Application for Attorney's Fees and Costs for the period of May 1, 2010 through August 31, 2010 in the amount of $16,732.50 for fees and reimbursement of costs in the amount of $30.38 or a total of $16,762.88 to be paid by the Debtor, provided that payment will not prejudice claimants of equal or higher priority.

DATED AND SIGNED ABOVE.

91601.D48 ORDER